**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7379

NATHANIEL C. RILEY, II,

Plaintiff - Appellant,

versus

HENRY MCMASTER, Attorney General; LYNN DUNN;
JONATHAN E. OZMINT, Director, South Carolina
Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr., District
Judge.  (CA-04-22827)

Submitted: January 26, 2006          Decided: February 2, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel C. Riley, II, Appellant Pro Se.  Robert Eric Petersen,
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina;
Teresa A. Knox, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE &
PARDON SERVICE, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel C. Riley, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Riley v. McMaster, No. CA-04-22827 (D.S.C. filed Aug. 9, 2005 & entered Aug. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED